IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHIRLEY COOLEY,
ADC #709295                                                                                          PLAINTIFF

V.                             CASE NO. 1:17-CV-75-JM-BD

TAKEEM BOWMAN, Corporal                                                                  DEFENDANT
McPherson Unit

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Bowman's motion for summary judgment (docket entry #14) is GRANTED. Ms. Cooley's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 6th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE