IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHIRLEY COOLEY,
ADC #709295                                                                                  PLAINTIFF

V.                          CASE NO. 1:17-CV-75-JM-BD

TAKEEM BOWMAN, Corporal                                                        DEFENDANT
McPherson Unit

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 6th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE